```
                   IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF ALABAMA
                            SOUTHERN DIVISION
```

ARTHUR LEE SMOOTS, JR.,          :
                                 :
    Petitioner,                  :
                                 :
vs.                              :   CIVIL ACTION 06-0847-KD-M
                                 :
WARDEN MIKE HALEY,               :
                                 :
    Respondent.                  :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 3rd day of April, 2007.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**